IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01049-PAB-KLM

Q.B. ASSOCIATES LTD., and
EDDIE HALCOMB,

    Plaintiffs,

v.

CITY OF LEADVILLE,
LEADVILLE/LAKE COUNTY FIRE RESCUE,
LAKE COUNTY BUILDING AND LAND USE DEPARTMENT,
LAKE COUNTY BOARD OF COUNTY COMMISSIONERS,
LEADVILLE CITY COUNCIL,
LEADVILLE POLICE DEPARTMENT,
ROBERT HARVEY, Ex fire chief,
BUD ELLIOTT, Former Mayor,
TOM TAYLOR, Building Official,
TIGER VOLZ, Former Building Official,
CARL SCHAEFER,
MIKE BORDOGNA,
DOLORES SEMSACK,
BETTY BENSON,
LUE ELLEN BROWNLEE,
DEBBIE DARBY,
RHONDA HUGGINS,
MAX DUARTE,
JAIME STUEVER, and
MIKE LEAKE, Police Chief,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Unopposed Motion to Amend Verified Complaint and Jury Demand to Remove Duplicative Departments** [Docket No. 28; Filed July 20, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to enter the Amended Verified Complaint and Jury Demand and accompanying

1

...

Verification located at Docket Nos. 28-2 and 28-3.  Defendants shall answer or otherwise respond to the Amended Verified Complaint and Jury Demand as prescribed by the Federal Rules of Civil Procedure.

Dated:  July 23, 2012