IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01049-PAB-KLM

Q.B. ASSOCIATES LTD. and
EDDIE HALCOMB,

      Plaintiffs,

v.

CITY OF LEADVILLE,
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LAKE,
ROBERT HARVEY, Ex Fire Chief,
BUD ELLIOTT, Former Mayor,
TOM TAYLOR, Building Official,
TIGER VOLZ, Former Building Official,
CARL SCHAEFER,
MIKE BORDOGNA,
DOLORES SEMSACK,
BETTY BENSON,
LUE ELLEN BROWNLEE,
DEBBIE DARBY,
RHONDA HUGGINS,
MAX DUARTE,
JAIME STUEVER, and
MIKE LEAKE, Police Chief,

      Defendants.

---

## ORDER

---

      This matter is before the Court on the Joint Motion for Dismissal with Prejudice [Docket No. 62] filed by plaintiffs Q.B. Associates Ltd. and Eddie Halcomb, as well as defendants Lake County Board of County Commissioners, Tom Taylor, Tiger Volz, Carl Schaefer, Mike Bordogna, and Dolores Semsack.  In their motion, the parties request that the Court dismiss with prejudice plaintiffs' claims asserted against the

aforementioned defendants.  Docket No. 62 at 2, ¶ 2.  The parties also indicate that all parties who have made an appearance in the case consent to the dismissal of plaintiffs' claims with prejudice.  *Id*. at ¶ 1.

The Court has reviewed the pleading and is fully advised in the premises. Because the motion is unopposed and all the parties who have made an appearance in this case consent to the requested relief, it is

**ORDERED** that the Joint Motion for Dismissal with Prejudice of Defendants Lake County Board of County Commissioners, Tom Taylor, Tiger Volz, Carl Schaefer, Mike Bordogna, and Dolores Semsack [Docket No. 62] is **GRANTED**.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all of plaintiffs' claims against defendants Lake County Board of County Commissioners, Tom Taylor, Tiger Volz, Carl Schaefer, Mike Bordogna, and Dolores Semsack are dismissed with prejudice.  It is further

**ORDERED** that defendants Lake County Board of County Commissioners, Tom Taylor, Tiger Volz, Carl Schaefer, Mike Bordogna, and Dolores Semsack are dismissed from this case.  It is further

**ORDERED** that the Motion for Summary Judgment [Docket No. 55] filed by defendant Tiger Volz is **DENIED** as moot.  It is further

**ORDERED** that the Motion for Summary Judgment [Docket No. 54] filed by defendants Lake County Board of County Commissioners, Tom Taylor, and Carl Schaefer is **DENIED** as moot.  It is further

**ORDERED** that each party shall bear its own attorneys' fees and costs.

DATED July 31, 2013.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge