IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01049-PAB-KLM

Q.B. ASSOCIATES LTD. and
EDDIE HALCOMB,

    Plaintiffs,

v.

CITY OF LEADVILLE,
ROBERT HARVEY, Ex Fire Chief,
BUD ELLIOTT, Former Mayor,
BETTY BENSON,
LUE ELLEN BROWNLEE,
DEBBIE DARBY,
RHONDA HUGGINS,
MAX DUARTE,
JAIME STUEVER, and
MIKE LEAKE, Police Chief,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Joint Motion for Dismissal With Prejudice [Docket No. 96]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the is Joint Motion for Dismissal With Prejudice [Docket No. 96] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED November 22, 2013.

           BY THE COURT:

           s/Philip A. Brimmer
           PHILIP A. BRIMMER
           United States District Judge